**VAN–074** Order To Show Cause – Rev. 05/19/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Vu Dinh Phan
4629 Youngsbury Ct.
Raleigh, NC 27604

CASE NO.: 10–03017–8–JRL

DATE FILED: April 15, 2010

CHAPTER: 7

ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Bankruptcy Admininstrator ,

IT IS ORDERED that Vu Dinh Phan , appear at the time and place indicated below and show cause, if any there be, as to why sanctions should not be imposed.

DATE:     Wednesday, June 9, 2010
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602


DATED: May 20, 2010

J. Rich Leonard
United States Bankruptcy Judge