**VAN–046** Order Dismissing Case 521(i) – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Vu Dinh Phan
4629 Youngsbury Ct.
Raleigh, NC 27604

CASE NO.: 10–03017–8–JRL

DATE FILED: April 15, 2010

CHAPTER: 7

ORDER OF DISMISSAL

Pursuant to §521(i) of the Bankruptcy Code, this case was automatically dismissed as to Vu Dinh Phan on the 46th date after the filing of the petition for failure to provide documents required by §521(a).

Should the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

SO ORDERED.

DATED: June 3, 2010

J. Rich Leonard
United States Bankruptcy Judge